UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KELLEY COLWELL,

                     Plaintiff,

   -against-

INSTITUTE FOR COMMUNITY LIVING, INC.,

                     Defendant.

**ORDER**

22 Civ. 1047 (ER)

RAMOS, D.J.

      On July 6, 2022, the Court, having been advised that the parties reached settlement in the above-entitled action, ordered that the action be discontinued, without costs to either party, without prejudice to re-open within 30 days should settlement not be consummated. The Court further provided that the parties could request the Court to retain jurisdiction in this matter for the purpose of enforcing any settlement agreement.

      On August 1, 2022, plaintiff Colwell moved this Court to re-open this matter and extend jurisdiction over any settlement disputes until September 5, 2022. On August 2, 2022, the Court granted Colwell's motion and extended jurisdiction until September 5, 2022.

      The Court having not been apprised of any issues, it is hereby ORDERED, that the above-entitled action be and is hereby discontinued. The Clerk of Court is respectfully directed to close the case.

It is SO ORDERED.

Dated: December 16, 2024
       New York, New York

                                                             Edgardo Ramos, U.S.D.J.